```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cv3739 (DLC)
WILMINGTON TRUST, NATIONAL ASSOCIATION   :
as Trustee for the Registered Holders    :           ORDER
of Wells Fargo Commercial Mortgage       :
Trust 2016-C34, Commercial Mortgage      :
Pass-Through Certificates Series 2016-   :
C34,                                     :
                                         :
                      Plaintiff,         :
                                         :
              -v-                        :
                                         :
JOHN H. HAJJAR,                          :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having requested an adjournment of the initial pretrial conference scheduled for July 31, 2020, it is hereby

ORDERED that the initial pretrial conference is adjourned to **September 4, 2020** at **9:00 am.** The parties shall use the following dial-in credentials to access the telephone conference:

  Dial-in: 888-363-4749

  Access code: 4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the defendant shall answer, move, or otherwise respond to the complaint by **August 28, 2020.**

IT IS FURTHER ORDERED that the defendant shall promptly

file a notice of appearance.

    IT IS FURTHER ORDERED that the plaintiff shall promptly serve a copy of this Order on the defendant.

    SO ORDERED:

Dated:    New York, New York
         July 27, 2020

                                DENISE COTE
                      United States District Judge