```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :   20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE        :
REGISTERED HOLDERS OF WELLS FARGO        :      ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,      :
COMMERCIAL MORTGAGE PASS-THROUGH         :
CERTIFICATES SERIES 2016-C34,            :
                                         :
                         Plaintiff,      :
                                         :
               -v-                       :
                                         :
JOHN H. HAJJAR,                          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 8, 2021, the Court granted the plaintiff's motion for summary judgment on the issue of the defendant's liability for breaching three guaranty agreements. It is hereby

ORDERED that the parties shall by **April 22, 2021** submit a joint proposal regarding further proceedings in this case.

Dated:   New York, New York
         April 8, 2021

                              _____
                                     DENISE COTE
                              United States District Judge