UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WILMINGTON TRUST, NATIONAL ASSOCIATION,:   20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE     :
REGISTERED HOLDERS OF WELLS FARGO     :   ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,   :
COMMERCIAL MORTGAGE PASS-THROUGH      :
CERTIFICATES SERIES 2016-C34,         :
                                      :
                        Plaintiff,    :
                                      :
              -v-                     :
                                      :
JOHN H. HAJJAR,                       :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On April 23, 2021, the Court scheduled the final pretrial conference for September 15, 2021 and the beginning of trial for September 20, 2021. On May 3, 2021, the parties jointly requested adjournment of those dates. Accordingly, it is hereby

ORDERED that the final pretrial conference is adjourned to **November 4, 2021** at **2 pm**.

IT IS FURTHER ORDERED that the trial will begin at 9:30 am on **November 16, 2021**.

Dated:  New York, New York
        May 4, 2021

                              _____
                                    DENISE COTE
                              United States District Judge