```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :    20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE        :
REGISTERED HOLDERS OF WELLS FARGO        :         ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,      :
COMMERCIAL MORTGAGE PASS-THROUGH         :
CERTIFICATES SERIES 2016-C34,            :
                                         :
                        Plaintiff,       :
                                         :
               -v-                       :
                                         :
JOHN H. HAJJAR,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A discovery conference is scheduled to occur on July 30 at 3 pm. It is hereby

ORDERED that the conference shall be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          July 21, 2021

                                  _____
                                         DENISE COTE
                                 United States District Judge