```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :   20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE        :
REGISTERED HOLDERS OF WELLS FARGO        :        ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,      :
COMMERCIAL MORTGAGE PASS-THROUGH         :
CERTIFICATES SERIES 2016-C34,            :
                                         :
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
JOHN H. HAJJAR,                          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the July 30 conference, it is hereby

ORDERED that the defendant shall respond to all outstanding requests for production and interrogatories by **August 6**.

IT IS FURTHER ORDERED that the depositions of the defendant, Lynette Kelly, and Anthony Calascibetta shall be taken during the week of **August 9** and be completed no later than **August 13**.

Dated:   New York, New York
         July 30, 2021

_____
                DENISE COTE
       United States District Judge