```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :    20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE        :
REGISTERED HOLDERS OF WELLS FARGO        :        ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,      :
COMMERCIAL MORTGAGE PASS-THROUGH         :
CERTIFICATES SERIES 2016-C34,            :
                                         :
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
JOHN H. HAJJAR,                          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In advance of a trial scheduled to begin on November 16, the plaintiff has made a motion in limine. It is hereby

ORDERED that the defendant shall respond to the plaintiff's motion in limine by **September 7**. The plaintiff shall file any reply by **September 14**.

IT IS FURTHER ORDERED that the defendant shall file any motions in limine by **September 7**. The plaintiff shall respond by **September 14**. Any reply shall be filed by **September 21**.

Dated:   New York, New York
         August 31, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge