```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
WILMINGTON TRUST, NATIONAL ASSOCIATION,   :   20cv3739 (DLC)
AS TRUSTEE FOR THE BENEFIT OF THE         :
REGISTERED HOLDERS OF WELLS FARGO         :        ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,       :
COMMERCIAL MORTGAGE PASS-THROUGH          :
CERTIFICATES SERIES 2016-C34,             :
                                          :
                         Plaintiff,       :
                                          :
              -v-                         :
                                          :
JOHN H. HAJJAR,                           :
                                          :
                         Defendant.       :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

In anticipation of a bench trial scheduled for November 16, 2021, the Court held a final pretrial conference on November 4. For the reasons stated on the record at the final pretrial conference, it is hereby

ORDERED that the plaintiff shall submit by **November 11** a revised affidavit of Melisa Vis that comports with the parameters discussed by the parties at the final pretrial conference.

IT IS FURTHER ORDERED that the defendant shall, by **noon** on **November 15,** inform the Court of whether judgment may be entered based on the parties' submissions or the scheduled November 16 trial remains necessary.

IT IS FURTHER ORDERED that the defendant shall by **November 9** file any objection to the plaintiff's request for attorneys' fees incurred on or before July 5, 2021.

Dated:    New York, New York
         November 4, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge