```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILMINGTON TRUST, NATIONAL ASSOCIATION,  :    20cv3739(DLC)
AS TRUSTEE FOR THE BENEFIT OF THE        :
REGISTERED HOLDERS OF WELLS FARGO        :        ORDER
COMMERCIAL MORTGAGE TRUST 2016-C34,      :
COMMERCIAL MORTGAGE PASS-THROUGH         :
CERTIFICATES SERIES 2016-C34,            :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
JOHN H. HAJJAR,                          :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Trial in this action is scheduled for November 16. Having received the defendant's letter of November 15 informing the Court that the parties have reached a settlement, it is hereby

ORDERED that this action is dismissed with prejudice. The Clerk of Court shall close this case.

Dated:    New York, New York
          November 15, 2021

```
                          _____
                                    DENISE COTE
                          United States District Judge
```